# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES M. CABRERA,<br><br>              Plaintiff,<br><br>    v.<br><br>CLARK COUNTY DETENTION CENTER, et al.,<br><br>              Defendants. | Case No. 2:12-cv-00918-APG-CWH<br><br>**ORDER** |

On October 30, 2013, Magistrate Judge Hoffman entered his Order and Report and Recommendation [Dkt #19] which, among other things, recommended that Defendants Las Vegas Metropolitan Police Department, Citizen Review Board, and Andrea Beckman be dismissed with prejudice because Plaintiff failed to state a claim against them upon which relief can be granted and amendment would be futile. Pursuant to Local Rule IB 3-2, any objection to Judge Hoffman's report and recommendation had to be filed within 14 days from the date of service. To date, no objection has been filed. Thus, the Court is not obligated to conduct a de novo review of the Report. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in

original)). Nevertheless, this Court has conducted a de novo review of the issues set forth in the Report and Recommendation. Magistrate Judge Hoffman's Report and Recommendation sets forth the proper legal analysis, and the factual basis, for the decision. Therefore,

Based upon the findings set forth by Judge Hoffman and the failure to file any objection thereto,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation is accepted and approved in its entirety, and Defendants Las Vegas Metropolitan Police Department, Citizen Review Board, and Andrea Beckman are dismissed from this case with prejudice against refiling.

Dated: December 9, 2013.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE