UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| CHARLES M. CABRERA,<br><br>                              Plaintiff,<br><br>    v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>                              Defendants. | Case No. 2:12-cv-00918-RFB-CWH<br><br>ORDER TO PRODUCE<br>CHARLES M. CABRERA |
|---|---|

TO:    DELENE SENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:    DWIGHT NEVEN, HIGH DESERT STATE PRISON
           INDIAN SPRINGS, NV
           UNITED STATES MARSHAL FOR THE DISTRICT OF
           NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **CHARLES M. CABRERA, #1074067,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **CHARLES M. CABRERA, #1074067,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about Tuesday, September 30, 2014, at the hour of 1:00 p.m., to attend a hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **CHARLES M. CABRERA, #1074067**, is released and discharged

1  by the said Court; and that the said **CHARLES M. CABRERA, #1074067** shall thereafter be
2  returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe
3  and secure conduct.
4  DATED this 22nd day of September, 2014.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**