# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

CHARLES M. CABRERA,

    Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,

    Defendants.

Case No. 2:12-cv-00918-RFB-CWH

ORDER TO PRODUCE
CHARLES M. CABRERA

TO:    DELENE SENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:    DWIGHT NEVEN, HIGH DESERT STATE PRISON
        INDIAN SPRINGS, NV
        UNITED STATES MARSHAL FOR THE DISTRICT OF
        NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **CHARLES M. CABRERA, #1074067,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **CHARLES M. CABRERA, #1074067,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about Monday, December 1, 2014, at the hour of 2:30 p.m., to attend a hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **CHARLES M. CABRERA, #1074067**, is released and discharged

by the said Court; and that the said **CHARLES M. CABRERA, #1074067** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

**DATED** this 21st day of November, 2014.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**