# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES M. CABRERA, | Case No. 2:12-cv-00918-RFB-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, OFFICER JESSIE NEVILLE, and NAPHCARE, INC., | Plaintiff Charles M. Cabrera's Motion to Reconsider [ECF No. 101]. |
| Defendants. | |

Before the Court is Plaintiff Charles Cabrera's Motion to Reconsider this Court's Order denying his Motion for Default Judgment against Defendant NaphCare, Inc. (ECF No. 101).

"As long as a district court has jurisdiction over the case, then it possesses the inherent procedural power to reconsider, rescind, or modify an interlocutory order for cause seen by it to be sufficient." City of Los Angeles, Harbor Div. v. Santa Monica Baykeeper, 254 F.3d 882, 885 (9th Cir. 2001) (citation and internal quotation marks omitted) (emphasis omitted). Plaintiff's motion does not raise any arguments that were not previously addressed in the original Order (ECF No. 91) and the Court does not find sufficient cause to reconsider its ruling.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Charles Cabrera's Motion to Reconsider (ECF No. 101) is **DENIED**.

**DATED** this 16th day of January, 2015.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**