1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8

\* \* \*

9

CHARLES M. CABRERA,

Case No. 2:12-cv-00918-RFB-CWH

10

Plaintiff,

ORDER TO PRODUCE
CHARLES M. CABRERA

11

v.

12

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, *et al.*,

13

Defendants.

14
15
16

TO:      DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and

17

TO:      DWIGHT NEVEN, HIGH DESERT STATE PRISON
         INDIAN SPRINGS, NV
         UNITED STATES MARSHAL FOR THE DISTRICT OF
         NEVADA AND ANY OTHER UNITED STATES MARSHAL

18
19
20

**THE COURT HEREBY FINDS** that **CHARLES M. CABRERA, #1074067,** is

21

presently in custody of the Nevada Department of Corrections, located at High Desert State Prison,

22

Indian Springs, Nevada.

23

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee,

24

shall transport and produce **CHARLES M. CABRERA, #1074067,** to the Lloyd D. George

25

United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about

26

Thursday, January 14, 2016, at the hour of 11:00 a.m.,  in LV Courtroom 7C to attend a hearing in

27

the instant matter, and arrange for his appearance on said date as may be ordered and directed by

28

the Court entitled above, until the said **CHARLES M. CABRERA, #1074067**, is released and

discharged by the said Court; and that the said **CHARLES M. CABRERA, #1074067** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

**DATED** this 30th day of December, 2015.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**